THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Cedric Ross, Appellant.
 
 
 

Appeal From Aiken County
  Doyet A. Early, III, Circuit Court Judge
Unpublished Opinion No. 2008-UP-438
Submitted August 1, 2008  Filed August 6,
 2008  
APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Joseph L. Savitz, III, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM: Cedric Ross appeals his conviction and sentence for simple possession of crack
 cocaine.  He argues the trial court erred in denying his motion for a new trial
 because the jury improperly convicted him of both the greater and the lesser-included
 offenses.  Specifically, Ross asserts the jury instructions were confusing, as
 indicated by the jurys inability to follow the instructions properly.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Rosss appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
KONDUROS, J., CURETON, A.J., and GOOLSBY, A.J.,
 concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.